AARON LEVY, APPELLANT, VS. ROBERT COX, SR., AP-
PELLEE.

[For Syllabus see same case, page 546, *supra.*]

Appeal from the Circuit Court for Leon county on peti-
tion for rehearing.

The facts of the case are stated in the opinion.

*D. W. Gwynn* and *A. Paterson* for Appellant.

*D. S. Walker, Jr.*, for Appellee.

MR. JUSTICE RANEY delivered the opinion of the
court:

In so far as the points urged in the petition for a rehear-
ing are concerned I think, after a careful consideration of
them, that there is no ground shown for granting it.

The testimony of Lively, and others, shows that Lively
was in possession by his tenant, and collecting rents at the
time of Levy's purchase. Cox's testimony upon this point
is as follows: " Question—When Mr. Lively was renting

out your house and collecting the rents, what did you do? Answer—I did not bother about it. I thought I would let him get back some of the taxes he had been paying on the place." The contention that Cox was in adverse possession at the time of Levy's purchase is not supported by the record.

This is not a case of contention between grantor and grantee, as to delivery of a deed, and, consequently, the authorities cited by counsel for Cox are not in point. Williams, the grantor in the deed, does not question the delivery. Cox took the deed, to say the most that can be said for him, in his son's name, and as between him and an innocent purchaser for value from the son, cannot dispute the delivery.

I think the re-hearing should be denied, and the other judges concur in this conclusion.